NO. 07-01-0112-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

JANUARY 28, 2002

_____

TERRY TULL AND KATHRYN TULL, INDIVIDUALLY AND
AS NEXT FRIENDS OF AMBER AND STEPHEN M. TULL, APPELLANTS

V.

CHUBB GROUP OF INSURANCE COMPANIES, FEDERAL INSURANCE COMPANY
AND SOUTHERN FARM BUREAU CASUALTY INSURANCE COMPANY, APPELLEES

_____

FROM THE 237TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 96-558,083; HONORABLE SAM MEDINA, JUDGE

_____

BOYD, C.J., and QUINN and REAVIS, JJ.[*]

**ORDER ON APPELLANT'S MOTION TO RECONSIDER ORDER ON APPELLANT'S
MOTION TO DISMISS AND MOTION FOR EXTENSION OF TIME**

By order dated November 14, 2001, this Court overruled appellant's motion to

dismiss this appeal for want of jurisdiction because the clerk's record did not contain the

_____

[*]Quinn, J. not participating.

trial court's subsequent order filed May 29, 2001, vacating its previous order of severance of February 21, 2001. A supplemental clerk's record containing the May 29 order was filed with this Court on November 29, 2001. On January 24, 2002, appellants filed the pending motion for reconsideration of their motion to dismiss and alternatively, requested an extension of time in which to file their brief.

Accordingly, at the request of appellants the motion for reconsideration is granted and the appeal is hereby dismissed.

Don H. Reavis
Justice

Do not publish.

2